HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.B., an minor child and with his legal guardian, ANNBEL BLAS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TACOMA SCHOOL DISTRICT NO. 10, A Washington Municipal Corporation,,<br><br>                    Defendant. | CASE NO. 16-cv-05952RBL<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IFP |

THIS MATTER is before the Court on Plaintiffs Motion for Leave to Proceed *in forma pauperis* [Dkt. #2].

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

1 | (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i).  An *in forma pauperis*

2 | complaint is frivolous if "it ha[s] no arguable substance in law or fact."  *Id.* (citing *Rizzo v.*

3 | *Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir.

4 | 1984).

5 |     Plaintiffs have met this standard. The Motion to Proceed IFP [Dkt. #2] is GRANTED.

6 |     IT IS SO ORDERED.

7 |     Dated this 17th day of January, 2017.

                              Ronald B. Leighton
                              United States District Judge